# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOHN RODNEY SCOTT** § | | **CIVIL ACTION** |
| Plaintiff § | | |
| § | | |
| VS. § | | NO. 1:12-CV-607 |
| § | | |
| **WAL-MART STORES, INC.** § | | |
| Defendant § | | **JURY** |

## FINAL JUDGMENT

The above cause came on to be heard at the regular setting thereof, and came the Plaintiff, JOHN RODNEY SCOTT, and the Defendant, WAL-MART STORES TEXAS, LLC (INCORRECTLY NAMED AS WAL-MART STORES, INC.), and their attorneys, and a jury being expressly waived, the parties announced to the Court that all claims and causes of action which were or could have been asserted by and between them had been compromised and settled and the consideration therefore paid in full, and that judgment should be entered that Plaintiff, JOHN RODNEY SCOTT, take nothing and that each party bear its own taxable Court costs. In accordance with such compromise settlement agreement:

It is, therefore, ORDERED, ADJUDGED and DECREED that the Plaintiff, JOHN RODNEY SCOTT, do have and recover of and from the Defendant, WAL-MART STORES TEXAS, LLC (INCORRECTLY NAMED AS WAL-MART STORES, INC.), NOTHING.

It is further ORDERED, ADJUDGED and DECREED that each party bear its own taxable costs.

All relief sought herein which is not expressly granted, is denied. This is a FINAL JUDGMENT and is intended to dispose of all claims and causes of action by and between all parties.

SIGNED this the __3__ day of __May__, 2013.

**APPROVED**:

/s/ Cody Dishon

_____
CODY DISHON
ATTORNEY FOR PLAINTIFF,
JOHN RODNEY SCOTT


/s/ Karen L. Spivey

_____
KAREN L. SPIVEY
ATTORNEY FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC
(INCORRECTLY NAMED AS
WAL-MART STORES, INC.)


SIGNED at Sherman, Texas, this 3rd day of May, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE